**STRADLEY RONON STEVENS &YOUNG, LLP**
A Pennsylvania Limited Liability Partnership
By:   Francis X. Manning
       Ian M. Long
LibertyView
457 Haddonfield Road, Suite 100
Cherry Hill, NJ  08002
(856) 321-2400
(856) 321-2415 (fax)
*Attorneys for UnitedHealthcare Insurance Company of New York
and UnitedHealthcare Service LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PREMIER SURGICAL PAVILION, LLC<br><br>                          Plaintiff,<br><br>       v.<br><br>UNITEDHEALTHCARE INSURANCE COMPANY OF NEW YORK, UNITEDHEALTHCARE SERVICE LLC D/B/A THE EMPIRE PLAN, VIANT PAYMENT SYSTEMS, INC. D/B/A VIANT, INC., and ABC CORP 1-5,<br><br>                          Defendants | CIVIL ACTION<br><br>NO. 2:15-cv-06514-ES-MAH<br><br>**CORPORATE DISCLOSURE STATEMENT**<br><br>Filed Electronically |

   Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendants UnitedHealthcare Insurance Company of New York and UnitedHealthcare Service LLC certifies that:

   UnitedHealthcare Insurance Company of New York and UnitedHealthcare Service LLC are wholly owned subsidiaries of UnitedHealthcare Insurance Company, which is a wholly owned subsidiary of UHIC Holdings, Inc., which is a wholly owned subsidiary of United

Healthcare Services, Inc., which is a wholly owned subsidiary of UnitedHealth Group Incorporated, a publicly traded company.

/s/ Ian M. Long
Francis X. Manning
Ian M. Long
STRADLEY RONON STEVENS & YOUNG, LLP
A Pennsylvania Limited Liability Partnership
457 Haddonfield Road, Suite 100
Cherry Hill, NJ  08002
fmanning@stradley.com
ilong@stradley.com
(856) 321-2400
(856) 321-2415 (fax)
*Attorneys for UnitedHealthcare Insurance Company of New York and UnitedHealthcare Service LLC*

September 2, 2015

**CERTIFICATE OF SERVICE**

I, Ian M. Long, hereby certify that on September 2, 2015, I caused a true and correct copy of the foregoing to be filed via the Court's ECF system, which automatically served a copy upon the following counsel of record:

Ebony L. Riley, Esq.
LAW OFFICE OF EBONY L. RILEY, ESQ.
402 Broad St., Suite 301
Newark, NJ 07104
*Attorneys for Plaintiff*

Rachel R. Hager
FINAZZO COSSOLINI O'LEARY MEOLA & HAGER, LLC
67 East Park Place - Suite 901
Morristown, NJ 07960
*Attorneys for Defendant Viant Payment Systems, Inc.*

/s/ Ian M. Long
Ian M. Long