UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

PREMIER SURGICAL PAVILION, LLC.   :   Civil Action: 15-6514 (ES)
:
      Plaintiff,   :   O R D E R
:
  v.   :   **Closed**
:
UNITEDHEALTHCARE INSURANCE   :
COMPANY OF NEW YORK, et al.   :
:
      Defendants,   :

It appearing that it has been reported to the Court that the above-captioned action has been settled;

It is on the 6th Day of OCTOBER 2015,

ORDERED that this action is hereby dismissed as to all claims against all parties without costs and without prejudice with the right, upon good cause shown within sixty (60) days, to reopen the action if the settlement is not consummated.

                                      S/Esther Salas
                              ESTHER SALAS, U.S.D.J.